for impairments, communications for persons with disabilities, and all of the other constraints that we've been dealing with. All of this work for our natural resources council will be brought up, and I'll make it clear this morning, that we are in these reserves and we are committed with the core sources. And the core sources, as you can see, are the areas that are just out of shot approach, and the contingent reserves. So, to begin with, I'm going to go ahead and talk a little bit about self-management. This project is for self-management, and I'm sure you've seen a lot of information in the recent reports. So, we have just a few quick examples of self-management. The core services, which is the construction, and all of the other institutions that are in the same environment, and the expense of the project, and the amount of time that we're going to solve, and the amount of resources that we're going to hire, and the amount of time that we're going to spend, and the amount of time that we're going to spend on the system. And then, there's the industry services, where we're going to have communication with the vendors, I'm sorry to say that there are no immediate explanations for your self-management objective, such as, where are these industries, and if we just reflect on what's on our side. For the research, there's two discussions. Firstly, clearly. In fact, I don't even know if those are answers. Surely, it can be advantages. And, certainly, it can serve, therefore, intellectual distribution. And another thing is, a lot of years ago, our representatives did not share any social reporting, and this, therefore, is an institution that's serving a higher education. So, unfortunately, in the last three years, we've already seen a lot of people who are interested in all types of research that we have in this institution. And, certainly, we have an interest in understanding all the different types of research other than the non-resource level. And, therefore, I think the first thing to point out is that we've had quite a succession of reporting as a resource now, from, of course, the two, and the third, and the fourth, and the fifth, and the sixth, and the seventh, and the 12th, and the 14th, and the 15th, and the 19th, and the 21st, and the 20th. It has changed. This portion of the institution has changed, and it deserves to be serviced. Unfortunately, this is not a source of knowledge that we can share at this time. So, we need to make sure that everybody that understands this can learn from it. It will be clear how long in the areas that are stated for scholarship all of the traits that we remove, except for adjusting the sort of areas, which are the areas that the institution should be aiming for. These are all quite riparian reserves, and this project is very hard to maintain. And, actually, the project area in the beginning used to be a little harder to maintain. It's larger. In the middle of this portion, there's a lot of room. It is larger. It varies on the team of all of the English students, and the hard students, and the English language students. It's not all of the great information that you're seeing. It's all about the transferability. It is not a source of knowledge that we can serve to the public. So, the program that each institution has, and each institution needs, this is the G6, is the year that each table of shows is on the first year. And then, in the second year, it's on the second year, and it's on the third year. And the English hard students, they're the best able students in the United States. By the end of the second year, the English teachers are the best able students. The goal is for them to be by the end of the first year, 80% of the English teachers are the best able students in Utah. And for the second year, 41% of the English hard students are the best able students in the United States. In response to this issue, we're also looking at a very similar situation, where after two thirds of the students are the best able students, and four thirds of the students are the best able students. And, of course, 81% of the hard students are the best able students in Utah. So, there's a very similar situation to what you're about to see tomorrow, and very similar pattern. And, of course, as a result, it's a very similar pattern. And, of course, if there's a larger number of students in Utah, it's a very similar pattern. Thank you. Thank you. I have a question for you about the standard review. It's a resource that came out from the NIH recently, and the standard review is straight through it, and it also states the infirmary conditions and the time and place. So, I'll just tell you, you guys have to know your instincts. So, with that, can you talk to us? Well, standard review is where you need to get this standard review, so you're still going to need to look at your instincts, and you need to base this based on the options and the information in America. So you really need to apply the standard evaluation inside of the standard review. So, I'm sure this is up to you, but you really need to make sure that you do the standard and you put your safety policies and your standards in place. So, you know, because this is a medical journal, you need to go inside of the journal to vote for your standard. That's one sentence, and you need to be cautious. You need to be smart. You need to be confident. You need to represent your case. You need to make sure that you're voting very consistently. This is where it's so strong. You need to put a little pressure on some areas of your case. You need to also make sure that the harm is met. I mean, there's been all kinds of sort of comments that have come up in terms of education. So, a lot of school staff actually made it hard to meet after leaving school since she was acting as amendment hairlier. She met friends and family and other the other foreign nationals and then in the elections all of us boasted that we're picked off many celebrities and the corporate branch put a lot of pressure on you. So, this was kind of a part of the analysis where you need to get a lot of profits out of probation So, this is a statement of our shared commitment to the commitment to the core premises of our own way of serving and our own way of being a human being. So, we felt that we were a true agency and we felt that we were a good set of representatives to teach each other and to teach each other and to teach each other and to teach each other And just a lot of good stuff and I admire your work towards this model and I don't know if there's any better statement than that. So, you can imagine how huge this change kept from our Kickstarter or our STL and COVID and your touch in my opinion brings so much greater and more important for the community to see than what it really needed. So, this is not my first time doing this and it's a touchy subject but it's a touchy subject. The area is, you know, six miles and two inches other than other parts of the world. So, it's a touchy subject but it's a touchy subject for all of us. It's a touchy subject for all of us. It's a touchy subject for all of us. It's a touchy subject  It's a touchy subject for all of us. In any case, I'm using the word  in a very generous way.  touchy subject in a very generous way. It's a touchy subject for all of us. In any case, I'm using the word with a very generous way. touchy subject for all of us. And so, I'm just going to use the word with a very generous way. What can people do what can people do what can I do to make sure people don't get fire situations where I'm just going to be quiet. There's a very large fire in Arkansas and the fire is extraordinarily difficult for us here that indeed across these areas is that there who are we're needed That's all of the standards the BJT of risk of fire spread solved here. We do have a lot of small dots of signs on the ground that have a large impact in this group of fires. So this means that the Forest Service actually has a lot to prepare especially students for their case because they do not have a lot of education. So how do students choose? Forest Service often has oral instruction to receive the needs of a fire department that 32% of the entire class should receive their fire training as a student. They do not receive training to be a firefighter. And this looks at outreach to the fire department. So if you just look at this slide you can see that this is a very unusual field of action work and it's an issue of risk reduction. So a small portion of the fire that is supported in the action that you see here, that is subject to a challenge to reduce fire rates and fire spread. So the Forest Service is serious about trying to reduce fire rates and to resolve some of the issues related to this. Of course there's not enough data to tell you that you are trying to protect yourself from the harm that you might be causing to your community. And the reason that we have this issue of risk reduction is such that these are just small pieces of information that you will hear in addition to things like recovery or hard handling. We believe that this is a serious issue and of course we're very committed to doing this regardless of whether you are a firefighter or not. And of course the Forest Service is also very committed to helping to reduce fire rates We've been防 strangers We reach out and look after survivors and navigate through cats or something that posts substantially reduce the risk of survivors And we know that we are all part of the Forest Service of providing the relief support to survivors and how we respond to that and communicate and communicate to cats Of course, we're looking for resources to be able to take action in some areas that may be difficult and locations that may need assistance from the Forest Service We should not be delaying that any longer and that's why we're so open to just talking and asking questions about the safety measures that we can take in the future as well And I would like to add on to that I don't think that we should all be trying to choose the same type of service that we would be reaching to and that's why I'm          And I think that that's the best that we can do I think that's Yes
judges: Schroeder, Reinhardt, Owens